UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

        Plaintiff,

   v.

KSHAMA SAWANT,

        Defendant.

CASE NO. 2:23-cv-01163-RSL

ORDER

    This matter comes before the Court on the recommendation of the Honorable Michelle L. Petersen, United States Magistrate Judge, to deny plaintiff's *in forma pauperis* application because it failed to demonstrate that he is unable to pay the $402.00 filing fee. Dkt. # 5. Plaintiff has filed an amended *in forma pauperis* application. Dkt. # 7. This matter is again referred to Judge Peterson for consideration of the amended application.

    DATED this 21st day of August, 2023.

                                                    Robert S. Lasnik
                                                  United States District Judge

ORDER - 1