UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

    Plaintiff,

  v.

KSHAMA SAWANT,

    Defendant.

Case No. C23-1163RSL

ORDER TO SHOW CAUSE

On August 21, 2023 this Court issued an Order in the above-captioned matter, Dkt. # 9. The Order was mailed to plaintiff, but was returned unopened on October 5, 2023, Dkt. # 13, as plaintiff apparently no longer resides at the address on file with the Court. On August 30, 2023, the Honorable Michelle L. Peterson, Magistrate Judge Issued a Report and Recommendation, Dkt. # 11, that was also returned unopened on October 17, 2023, Dkt. # 14.

The Clerk of Court is directed to note a "Rule 41 dismissal proceeding" on the calendar for December 22, 2023. If plaintiff fails to notify the Court and opposing parties of his current address by that date, the Court will dismiss the action without prejudice for failure to prosecute under Local Civil Rule 41(b)(2).

DATED this 23rd day of March, 2023.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 1